IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KRYSTAL GONZALES,

       Plaintiff,

vs.                                                                                                  No. CIV 19-0018 JB\KBM

ANDREW M. SAUL,[1] Commissioner
of the Social Security Administration,

       Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, filed December 31, 2019 (Doc. 27)("MOO"). The MOO grants the Plaintiff's Motion to Reverse or Remand the Administrative Decision, filed May 20, 2019 (Doc. 16). See MOO at 9. In the MOO, the Court adopts the Magistrate Judge's Proposed Findings and Recommended Disposition, filed December 5, 2019 (Doc. 26), and remands the case to the Commissioner of the Social Security Administration. See MOO at 9. The Court enters this Final Judgment concurrently with its MOO under rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that this case is remanded to Defendant Commissioner of the Social Security Administration for further proceedings consistent with the Court's Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, filed December 31, 2019 (Doc. 27).

---

[1] Andrew Saul was confirmed as Commissioner of the Social Security Administration on June 17, 2019, and he is automatically substituted as a party pursuant to rule 25(d) of the Federal Rules of Civil Procedure.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

*Counsel:*

Barbara Jarvis
Albuquerque, New Mexico

    *Attorney for the Plaintiff*

John C. Anderson
    United States Attorney
Manuel Lucero
    Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

--and--

Kathryn C. Bostwick
Laura Holland
Social Security Administration
Denver, Colorado

    *Attorneys for the Defendant*